AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| American Small Business League | ) | |
| *Plaintiff* | ) ) ) | CV11  1077 |
| v. | ) | Civil Action No. |
| Defense Contract Audit Agency; United States Air Force | ) ) | |
| *Defendant* | ) | MEJ |

E-filing

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Air Force, 330th Fighter Sustainment Group, FSG/FLKA
235 Byron Street, Suite 19A, Robbins AFB GA 31098-1607,
Defense Contract Audit Agency, 8725 John Klinman Rd, Ste 2135, Ft. Belvoir, VA 22060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert Belshaw, 244 California St., Ste 300, San Francisco CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

MAR

Date: _____  _____
HELEN ALMACEN
*Signature of Clerk or Deputy Clerk*