UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>　　　　　Plaintiff(s),<br>　　v.<br>DEFENSE CONTRACT AUDIT AGENCY,<br>　　　　　Defendant(s).<br>_____/ | No. C 11-01077 MEJ<br><br>**ORDER VACATING CMC** |

　　　This matter is currently scheduled for a case management conference on June 16, 2011. However, as Defendants have filed a motion to dismiss, the Court hereby VACATES the June 16 c.m.c. The Court shall reschedule the c.m.c., if necessary, upon resolution of Defendants' motion.

**IT IS SO ORDERED.**

Dated: June 1, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge