IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>            Plaintiff,<br><br>  v.<br><br>DEFENSE CONTRACT AUDIT AGENCY and THE UNITED STATES AIR FORCE,<br><br>            Defendants. | No. C 11-01077 WHA<br><br>**ORDER CHANGING HEARING DATE** |

Pursuant to Civil Local Rule 7-2, a motion may be noticed for hearing "not less than 35 days after service of the motion." On June 20, 2011, defendants noticed a motion to dismiss to be heard on July 21. That date is improper because it is less that 35 days after notice of the motion was filed and served. The motion will instead be heard at **2:00 P.M.** on **JULY 28, 2011**.

**IT IS SO ORDERED.**

Dated: June 21, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE